176

Argued October 25, affirmed October 25, 1972

STATE OF OREGON, *Respondent, v.* LESTER
LUTER PARKER (No. C-72-02-0731 Cr),
*Appellant.*
501 P2d 1298

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.